District of Columbia denied. *Morton Stavis* and *Sidney V. Smith* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Sonnett, John F. Baecher* and *Paul A. Sweeney* for respondents. *Thurman Arnold, Abe Fortas* and *Milton V. Freeman* filed a brief for the United Public Workers of America, as *amicus curiae,* in support of the petition.

No. 991. CANNON ET AL. *v.* UNITED STATES. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *M. A. Grace* for petitioners. *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 992. ATLANTIC COAST LINE RAILROAD CO. *v.* Moss. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Thomas W. Davis* and *James J. Mennis* for petitioner. *Richard Steel* for respondent.

No. 1001. RANDOLPH *v.* UNITED STATES. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *B. F. Louis* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Sonnett, Frederick Bernays Wiener* and *Samuel D. Slade* for the United States.

No. 1002. D. M. W. CONTRACTING CO., INC. ET AL. *v.* STOLZ. March 17, 1947. Petition for writ of certiorari